**Order entered April 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01311-CV

**THE BURRESCIA FAMILY REVOCABLE LIVING TRUST, Appellant**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00466-E**

## ORDER

We **GRANT** court reporter Vikki L. Ogden's March 30, 2015 request for extension of time and **ORDER** the record be filed no later than June 5, 2015.

/s/     CRAIG STODDART
         JUSTICE
